## ROBERT WATSON v. STATE.

No. A-1184.    Opinion Filed April 25, 1912.

(123 Pac. 189.)

**APPEAL—Transcript—Certification.** Where an attempt is made to take an appeal to this court by filing a transcript of the record, such transcript must be certified to by the clerk of the court from which it is taken, under the seal of the court. Unless this is done, the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from District Court, McIntosh County;*
*Preslie B. Cole, Judge.*

Robert Watson was convicted of assault with intent to kill, and appeals. Dismissed.

*J. G. Harley* and *James R. Miller,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, P. J.   Appellant attempted to appeal by filing what purports to be a transcript of the record in this court. This transcript is not certified to by the clerk of the court, as the law requires.   See *Makatch v. State,* 5 Okla. Cr. 34, 113 Pac. 200; *Perkey v. State,* 4 Okla. Cr. 239, 111 Pac. 663.

Where an appeal is attempted to be taken by transcript of the record, the clerk of the court must certify, under the seal of the court, that such transcript contains a true and correct statement of the record in said cause. See *Abel v. Blair,* 3 Okla. 402, 41 Pac. 342. The clerk is the custodian of the record, and he must certify to the truthfulness of the statements contained in such transcript, as the same appears on file and of record in his office. See *Wade et al. v. Mitchell,* 14 Okla. 170, 79 Pac. 95. There is no such certificate in this record; and the appeal must therefore be dismissed.

ARMSTRONG and DOYLE, JJ., concur.